UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH JOHNSON,

    Plaintiff,

v.                                        CASE NO. 5:17-cv-110-MCR-GRJ

GEO GROUP, INC., et al.,

    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 9, 2018. ECF No. 45. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motions to dismiss, ECF Nos. 28, 30, and 31, are **GRANTED**, and this case is **DISMISSED** for failure to exhaust administrative remedies.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of September 2018.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**